UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

AH 283636

IN RE:                                          CASE NO.   04-16995-BKC-AJC
PEDRO L. VALDES

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE              DEC 17 2009
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $    14.32   remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

(  ) The trustee has a balance of $    .00    remaining in her bank account which represents small dividends as defined by FRBP 3010.

   Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

   WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

DEC 15 2009
Date: _____

_____
NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to:

PEDRO L. VALDES
9365 FONTAINEBLEAU BLVD.
APT. E-232
MIAMI, FL 33172

JOSHUA S. MILLER, ESQUIRE
9555 N. KENDALL DRIVE, #211
MIAMI, FL 33176

HOUSEHOLD RECEIVABLE ACQ CORP2
HOUSEHOLD BANK SB NA
PO BOX 98724
LAS VEGAS, NV 89193

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

```
                    UNITED STATES BANKRUPTCY COURT
                      SOUTHERN DISTRICT OF FLORIDA


IN RE:                              CASE NO.   04-16995-BKC-AJC
PEDRO L. VALDES


                                    CHAPTER 13


   PEDRO L. VALDES

   9365 FONTAINEBLEAU BLVD.
   APT. E-232
   MIAMI, FL 33172

   JOSHUA S. MILLER, ESQUIRE
   9555 N. KENDALL DRIVE, #211
   MIAMI, FL 33176


   HOUSEHOLD RECEIVABLE ACQ CORP2---------$         14.32
   HOUSEHOLD BANK SB NA
   PO BOX 98724
   LAS VEGAS, NV 89193              UNDELIVERABLE/STALE
                                    CLAIM REGISTER#  1

   U.S. Trustee
   51 S.W. 1st Avenue
   Miami, Florida 33130
```